# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Malibu Media LLC

                        Plaintiff,

v.                                                Case No.: 1:16–cv–02244

                                                                     Honorable Manish S. Shah

John Doe, subscriber assigned IP address 108.246.69.97

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 28, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Plaintiff reports the parties are discussing settlement. Continued status hearing is set for 8/15/17 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.